OPINION — AG — YOUR QUESTION IS ANSWER IN THE AFFIRMATIVE, I.E., THE WORKS "TO SO CONTRIBUTE" FOUND IN HOUSE BILL NO. 690, SECTION 1(4) MEAN TO CONTRIBUTE IN COMPLIANCE WITH THE ORDER TO CONTRIBUTE, AND A PARENT WHO WILLFULLY FAILS TO CONTRIBUTE IN CONFORMITY WITH SAID ORDER MAY BE DEPRIVED OF HIS PARENTAL RIGHTS. (CHILD SUPPORT) CITE: 74 O.S. 1961 18 [74-18](B), 75 O.S. 1961 26.1 [75-26.1] (JOSEPH MUSKRAT)